SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
SHAWN M. WROBEL  Bar No. 230030
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
rebecca.hull@sdma.com
shawn.wrobel@sdma.com

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS MAY,<br><br>            Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>            Defendant. | CASE NO. C 07-01660 MHP<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S COMPLAINT** |

Pursuant to Northern District Local Rule 6-1(a), plaintiff Marcus May and defendant Metropolitan Life Insurance Company, by and through their attorneys, hereby stipulate and agree to an extension of time for defendant Metropolitan Life Insurance Company to file a response to plaintiff's complaint, and that defendant's response will be filed on or before May 18, 2007.

///
///
///
///
///
///
///

There have been no prior extensions of time.

IT IS SO AGREED AND STIPULATED.

DATED: April 13, 2007          LAW OFFICES OF P. RANDALL NOAH

                               By: _____
                                   P. RANDALL NOAH
                                   Attorney for Plaintiff
                                   MARCUS MAY

DATED: April 13, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

                               By: _____
                                   REBECCA A. HULL
                                   SHAWN M. WROBEL
                                   Attorneys for Defendant
                                   METROPOLITAN LIFE INSURANCE COMPANY

April 17, 2007

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA