SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
SHAWN M. WROBEL  Bar No. 230030
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
rebecca.hull@sdma.com
shawn.wrobel@sdma.com

Attorneys for Defendant
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS MAY,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. C 07-01660 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION AND BRIEFING SCHEDULE** |

Pursuant to Local Rules 6-2 and 7-12, the parties hereby stipulate:

WHEREAS plaintiff Marcus May and defendant Metropolitan Life Insurance Company, were previously ordered to complete mediation within 90 days of the Court's Minute Order of June 25, 2007;

WHEREAS the Court's Minute Order of June 25, 2007, also set a briefing schedule and hearing date for cross motions for summary adjudication/standard of review in which the opening motion briefs are due on October 9, 2007, opposition briefs are due on October 23, 2007, and a hearing is set at 2:00 p.m. on November 5, 2007;

WHEREAS the parties (through counsel) diligently attempted to schedule the mediation but had difficulty selecting a mutually agreeable mediator, and had multiple discussions regarding a variety of mediators before finally agreeing on David Meadows;

1  WHEREAS the parties, counsel, and mediator have now agreed to a date of October 9,
2  2007, the earliest date that is mutually available;

3  WHEREAS there have been no prior extensions of the mediation deadline or of the cross-
4  motion deadlines in this action.

5  NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
6  grant an extension of the deadline for completing the mediation to October 9, 2007, and grant an
7  extension of the briefing schedule and hearing date for cross motions for summary
8  adjudication/standard of review so that the opening motion briefs are due on October 30, 2007,
9  opposition briefs are due on November 13, 2007, and a hearing is set at 2:00 p.m. on November
10 27, 2007;

11  IT IS SO AGREED AND STIPULATED.

12  DATED: September 13, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Rebecca A. Hull
Shawn M. Wrobel
Attorneys for Defendant
Metropolitan Life Insurance Company

DATED: September ___, 2007    LAW OFFICES OF P. RANDALL NOAH

By: _____
P. Randall Noah
Attorney for Plaintiff
Marcus May

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/17/2007

_____
Hon. Marilyn H. Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

1    WHEREAS the parties, counsel, and mediator have now agreed to a date of October 9,
2    2007, the earliest date that is mutually available;
3    WHEREAS there have been no prior extensions of the mediation deadline or of the cross-
4    motion deadlines in this action.
5    NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
6    grant an extension of the deadline for completing the mediation to October 9, 2007, and grant an
7    extension of the briefing schedule and hearing date for cross motions for summary
8    adjudication/standard of review so that the opening motion briefs are due on October 30, 2007,
9    opposition briefs are due on November 13, 2007, and a hearing is set at 2:00 p.m. on November
10   27, 2007;
11   IT IS SO AGREED AND STIPULATED.

12   DATED: September ___, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Rebecca A. Hull
Shawn M. Wrobel
Attorneys for Defendant
Metropolitan Life Insurance Company

DATED: September 13, 2007    LAW OFFICES OF P. RANDALL NOAH

By: _____
P. Randall Noah
Attorney for Plaintiff
Marcus May

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____

_____
Hon. Marilyn H. Patel
United States District Judge

SF/1442944v1                              -2-                       CASE NO. C 07-01660 MHP