Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
8 Camino Encinas, Suite 220
Orinda, CA 94563
Tel. (925) 253-5540
Fax. (925) 253-5542
Attorney for Plaintiff,
Marcus May

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

MARCUS MAY,

    Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

CASE NO. C07-01660 MHP

**STIPULATION AND** ~~PROPOSED~~ **ORDER FOR DISMISSAL**

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice, with each party to bear their own fees and costs.

Dated: October 22, 2007

Law Office of P. Randall Noah
By: _____
P. Randall Noah,
Attorney for plaintiff,
Marcus May

Sedgwick Detert Moran & Arnold
By: _____
Ms. Rebecca A. Hull
Attorney for defendant,
Metropolitan Life Ins. Co.

**ORDER**

The above-captioned matter is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: 12/17/2007

By _____

IT IS SO ORDERED
Judge Marilyn H. Patel

P. RANDALL NOAH
ATTORNEY AT LAW